IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENTAL MONITORING, <br><br> Plaintiff, <br><br> v. <br><br> GET-GRIN INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 22-647 (WCB) <br> )  CONSOLIDATED <br> ) <br> ) <br> ) |

## AMENDED SCHEDULING ORDER

On July 27, 2023, the Court issued an order consolidating C.A. No. 23-432 (WCB) with C.A. No. 22-647 (WCB) for all purposes, including trial, with all papers to be filed in C.A. 22-647 (WCB). D.I. 53. The Court further ordered the parties to meet and confer to submit an amended scheduling order for the consolidated case by August 10, 2023. *Id.*

The parties met and conferred regarding an amended scheduling order and did not reach agreement. The parties present their differing proposals, which largely stem from their different proposed trial dates, below for the Court's consideration. The proposals are in reference to the Scheduling Order entered in C.A. No. 22-647 on August 5, 2022 (D.I. 14), as amended (D.I. 16, 38, 51).

The court has considered the parties' proposals and will adopt the plaintiff's proposed schedule, with some modifications. The table beginning on the next page sets forth the modified dates that will govern in this case.

IT IS SO ORDERED this 17th day of August, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

| Deadline | Previous Date | Revised Date |
|---|---|---|
| Application to Court for Protective Order | September 16, 2022 | N/A<br>The parties agree that the Protective Order (D.I. 21) and HIPAA Qualified Protective Order (D.I. 41) apply to the consolidated case. |
| Rule 26(a) Initial Disclosures | September 8, 2022 | August 24, 2023 |
| Default Standard for Discovery Initial Disclosures (¶ 3) | September 8, 2022 | August 24, 2023 |
| Plaintiff's Disclosure of Asserted Claims and Infringement Contentions Served (¶ 4) | October 18, 2022 | August 24, 2023 |
| Document Production Accompanying Disclosure of Asserted Claims and Infringement Contentions Served (¶ 5) | October 18, 2022 | September 25, 2023 |
| Disclosure of Invalidity Contentions and Accompanying Document Production (¶¶ 6–7) | January 11, 2023 | September 25, 2023 |
| Exchange list of term(s)/phrase(s) needing construction | June 20, 2023 | October 2, 2023 |
| Joint Claim Construction Chart Filed | July 6, 2023 | October 11, 2023 |

| Deadline | Previous Date | Revised Date |
|---|---|---|
| Plaintiff's Claim Construction Brief Served | July 27, 2023 | November 1, 2023 |
| Defendant's Claim Construction Brief Served | August 17, 2023 | November 22, 2023 |
| Plaintiff's Reply Claim Construction Brief Served | August 31, 2023 | December 6, 2023 |
| Defendant's Sur-Reply Claim Construction brief Served | September 15, 2023 | December 20, 2023 |
| Joint Claim Construction Brief Filed | September 21, 2023 | December 27, 2023 |
| Meet and Confer Confirmation and Amended Claim Chart | September 28, 2023 | January 3, 2024 |
| Hearing on Claim Construction | October 19, 2023 | To be determined |
| Completion of Document Production | October 19, 2023 | January 18, 2024 |
| Joinder of Parties and Amendment of Pleadings | November 21, 2023 | February 1, 2024 |
| Completion of Fact Discovery | January 19, 2024 | February 29, 2024 |
| Expert Report on Issues Where Party Bears Burden of Proof Served | April 18, 2024 | May 9, 2024 |

| Deadline | Previous Date | Revised Date |
|---|---|---|
| Responsive Expert Report on Issues where Party Does Not Bear Burden of Proof Served | July 17, 2024 | July 18, 2024 |
| Reply Expert Report on Issues where Party Bears Burden of Proof Served | August 30, 2024 | September 12, 2024 |
| Completion of Expert Discovery | October 4, 2024 | November 7, 2024 |
| Case Dispositive and *Daubert* Motions Filed | November 7, 2024 | December 12, 2024 |
| Oppositions to Dispositive and *Daubert* Motions Filed | December 12, 2024 | January 16, 2025 |
| Reply Briefs in Support of Dispositive Motions and *Daubert* Motions Filed | January 16, 2025 | February 13, 2025 |
| Joint Proposed Pretrial Order Filed | March 31, 2025 | March 31, 2025 |
| Jury Instructions, Voir Dire and Special Verdict Forms Filed | March 31, 2025 | March 31, 2025 |
| Pretrial Conference | April 24, 2025 | To be determined |
| Trial | May 19, 2025 | May 19, 2025 |