## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENTAL MONITORING, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 22-647-WCB |
| | ) Consolidated |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GET-GRIN INC., | ) |
| | ) |
| Defendant. | ) |

### UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME

Defendant Get-Grin Inc. ("Grin") respectfully moves the Court to extend the deadline for Grin's responsive letter brief as required by the Court's Oral Order on December 5, 2023 (D.I. 81) in response to Plaintiff Dental Monitoring's letter brief (D.I. 84) from 5:00 p.m. ET to 11:59 p.m. ET on December 12, 2023 and to extend the deadline for Plaintiff's reply letter brief as required by the Court's Oral Order (D.I. 81) to 5:00 p.m. ET on December 14, 2023. Plaintiff Dental Monitoring represented that it would not oppose this Motion provided that it includes the aforementioned extension to Plaintiff's reply letter brief deadline.

|  |  |
|---|---|
| OF COUNSEL:<br><br>James C. Yoon<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br><br>Talin Gordnia<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA 90067-4301<br>Tel: (424) 446-6918<br><br>Dated: December 12, 2023<br>11207493 / 23369.00001 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Andrew M. Moshos*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>amoshos@potteranderson.com<br><br>*Attorneys for Defendant Get-Grin Inc.* |

**IT IS SO ORDERED**, this _____ day of _____, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

2