**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DENTAL MONITORING, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 22-647-WCB |
| ) | Consolidated |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| GET-GRIN INC., ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENT TO UNOPPOSED MOTION TO EXTEND TIME (D.I. 85)**

Pursuant to the Court's Order (D.I. 87), Defendant Get-Grin Inc. ("Grin") respectfully submits this supplement to its unopposed motion for an extension (D.I. 85).

The Court ordered Dental Monitoring to file its opening letter brief by 5 p.m. ET on Friday, December 8, 2023 and for Grin to file its opposition on the following Tuesday, December 12, 2023 by 5 p.m. ET (D.I. 81). Grin requested a seven-hour extension of the deadline to submit its opposition so that Grin's counsel could process comments received Tuesday morning from Grin's Chief Technology Officer located in Israel.

Grin's outside counsel worked on the opposition letter over the weekend and provided a draft to its client late Monday evening, which was Tuesday morning in Israel. Due to the time difference between the U.S. and Israel, Grin's CTO's input was received by Grin's counsel in the U.S. on December 12, 2023, the morning of the day that Grin's opposition was due. Grin's outside counsel required clarification from Grin's CTO regarding his comments, which subsequently led to additional communications with Grin employees both in the U.S. and in Israel. This led to an unexpected delay in finalizing and filing the opposition. When it became apparent that Grin could not meet the 5 p.m. ET deadline, Grin's local counsel contacted Dental Monitoring's local counsel at 4:10 p.m. ET on Tuesday. The parties conferred, and Grin filed the unopposed motion (D.I.

85).  While Grin requested an extension until midnight, it's opposition was filed shortly after 10 p.m. ET on Tuesday, December 12, 2023 (D.I. 86).

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ Bindu A. Palapura* |
| James C. Yoon | David E. Moore (#3983) |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | Bindu A. Palapura (#5370) |
| 650 Page Mill Road | Andrew M. Moshos (#6685) |
| Palo Alto, CA 94304-1050 | Hercules Plaza, 6th Floor |
| Tel: (650) 493-9300 | 1313 N. Market Street |
| | Wilmington, DE  19801 |
| Talin Gordnia | Tel:  (302) 984-6000 |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | dmoore@potteranderson.com |
| 1900 Avenue of the Stars, 28th Floor | bpalapura@potteranderson.com |
| Los Angeles, CA 90067-4301 | amoshos@potteranderson.com |
| Tel: (424) 446-6918 | |
| | *Attorneys for Defendant Get-Grin Inc.* |

Dated:  December 13, 2023
11209345 / 23369.00001