# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENTAL MONITORING, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 22-647-WCB |
| | ) Consolidated |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GET-GRIN INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that the following deadlines are extended as set forth in the table below:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Completion of Document Production | January 18, 2024 | January 31, 2024 |
| Joinder of Parties and Amendment of Pleadings | February 1, 2024 | February 14, 2024 |
| Completion of Fact Discovery | February 29, 2024 | March 29, 2024 |
| Expert Report on Issues Where Party Bears Burden of Proof Served | May 9, 2024 | May 23, 2024 |

No other deadlines are altered by this stipulation.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Megan E. Dellinger*<br>    Jack B. Blumenfeld (#1014)<br>    Megan E. Dellinger (#5739)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    (302) 658-9200<br>    jblumenfeld@morrisnichols.com<br>    mdellinger@morrisnichols.com | By: */s/ Andrew M. Moshos*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    amoshos@potteranderson.com |
| *Attorneys for Plaintiff Dental Monitoring* | *Attorneys for Defendant Get-Grin Inc.* |

Dated: December 20, 2023

11218301 / 23369.00001