# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENTAL MONITORING, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 22-647-WCB |
| | ) Consolidated |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GET-GRIN INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER EXTENDING DEADLINES

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that the following deadlines are extended as set forth in the table below:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Completion of Document Production | January 18, 2024 | January 31, 2024 |
| Joinder of Parties and Amendment of Pleadings | February 1, 2024 | February 14, 2024 |
| Completion of Fact Discovery | February 29, 2024 | March 29, 2024 |
| Expert Report on Issues Where Party Bears Burden of Proof Served | May 9, 2024 | May 23, 2024 |

No other deadlines are altered by this stipulation.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Megan E. Dellinger* <br>    Jack B. Blumenfeld (#1014) <br>    Megan E. Dellinger (#5739) <br>    1201 North Market Street <br>    P.O. Box 1347 <br>    Wilmington, DE 19899 <br>    (302) 658-9200 <br>    jblumenfeld@morrisnichols.com <br>    mdellinger@morrisnichols.com | By: */s/ Andrew M. Moshos* <br>    David E. Moore (#3983) <br>    Bindu A. Palapura (#5370) <br>    Andrew M. Moshos (#6685) <br>    Hercules Plaza, 6th Floor <br>    1313 N. Market Street <br>    Wilmington, DE 19801 <br>    Tel: (302) 984-6000 <br>    dmoore@potteranderson.com <br>    bpalapura@potteranderson.com <br>    amoshos@potteranderson.com |
| *Attorneys for Plaintiff Dental Monitoring* | *Attorneys for Defendant Get-Grin Inc.* |

Dated: December 20, 2023
11218301 / 23369.00001

IT IS SO ORDERED.

SIGNED this 20th day of December, 2023.

_William C. Bryson_
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE