**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DENTAL MONITORING, | ) |
| | ) |
|     Plaintiff, | ) C.A. No. 22-647-WCB |
| | ) Consolidated |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GET-GRIN INC., | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Dental Monitoring and Defendant Get-Grin Inc. ("Grin") (collectively, the "Parties") are currently engaged in fact discovery and have scheduled depositions in March and April of 2024;

WHEREAS, the United States Patent and Trademark Office recently instituted post-grant proceedings on three of the four patents-in-suit;

WHEREAS, Grin intends to file a motion by March 15, 2024, to stay this action pending completion of post-grant review proceedings;

WHEREAS, Dental Monitoring intends to oppose that motion;

WHEREAS, the Parties met and conferred and agreed that it is in the best interests of the Parties and judicial resources to temporarily stay the current deadlines in this proceeding, including currently scheduled depositions and the fact discovery deadline on March 29, 2024, until the Court resolves Grin's motion to stay;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, as follows:

1. The current deadlines, including depositions, in the above-captioned action are hereby STAYED pending resolution of Defendant Get-Grin Inc.'s motion to stay; and

2. In the event Defendant Get-Grin Inc.'s motion to stay is denied, the parties will meet and confer to agree on a reasonable modification of the remaining schedule.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Megan E. Dellinger*<br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>amoshos@potteranderson.com |
| *Attorneys for Plaintiff Dental Monitoring* | *Attorneys for Defendant Get-Grin Inc.* |

Dated: March 13, 2024

IT IS SO ORDERED, this 14th day of March, 2024.

_____
The Honorable William C. Bryson

11376069/ 23369.00001